UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICHOLAS E. PHILLIPS, | ) | 1:02-CV-5251-REC-TAG-HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS (DOCUMENT #37) |
| G. J. GIURBINO, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 25, 2005, Petitioner filed a motion to extend time to file objections to the Magistrate Judge's Report and Recommendation of March 29, 2005. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Magistrate Judge's Report and Recommendations.

IT IS SO ORDERED.

**Dated:   May 2, 2005**          /s/ Theresa A. Goldner
j6eb3d                   UNITED STATES MAGISTRATE JUDGE